# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NEVADA STATE BANK, A NEVADA CORPORATION,<br><br>       Appellant,<br><br>vs.<br><br>APEX BANK, A TENNESSEE CORPORATION,<br><br>       Respondent. | No. 72017<br><br>**FILED**<br><br>JUL 1 7 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Lansford W. Levitt, Settlement Judge
       Naylor & Braster
       Armstrong Teasdale, LLP/Las Vegas
       Eighth District Court Clerk

17-23630